**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY COLMENERO, | Case No. 1:16-cv-00649-SMS |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | (Doc. 3) |
| Defendant. | |

By motion filed May 10, 2016, Plaintiff Ricky Colmenero seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*. But the Clerk of Court SHALL NOT issue new case documents and the summons until the Court has screened the complaint.

IT IS SO ORDERED.

Dated: __**May 15, 2016**__          _____**/s/ Sandra M. Snyder**
                                   UNITED STATES MAGISTRATE JUDGE