# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY COLMENERO,<br><br>         Plaintiff,<br><br>    v.<br><br><br><br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | **1:16-cv-649-GSA**<br><br><br>**ORDER DIRECTING THE CLERK'S OFFICE TO SEND PLAINTIFF A MAGISTRATE JUDGE CONSENT/REASSIGNMENT TO A DISTRICT COURT JUDGE FORM**<br><br>**ORDER REQUIRING THAT PLAINTIFF COMPLETE MAGISTRATE JUDGE CONSENT FORMS** |

   The Clerk of the Court is directed to send Plaintiff a Consent to Magistrate Assignment or Request for Reassignment to a United States District Judge Form no later than **November 18, 2016**. This form contemplates whether a party will consent to the jurisdiction of a Magistrate Judge pursuant to 28 U.S.C. § 636(c), or request that the case be reassigned to a United States District Court Judge. Plaintiff is advised that any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit. Further, no substantive rulings or decisions will be affected by whether Plaintiff chooses to consent. Plaintiff shall file a completed form **no later than December 30, 2016**.

IT IS SO ORDERED.

   Dated:   **November 16, 2016**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28